938

No. 75–1232.  SMITH v. GEORGIA.  Ct. App. Ga. Certiorari denied.

No. 75–1257.  PEARSON v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 75–1342.  PLASTILITE CORP. v. AIRLITE PLASTICS Co.  C. A. 8th Cir.  Certiorari denied.

No. 75–5895.  PRITCHETT ET AL. v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 75–5922.  FERRIS v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 75–5943.  LAMB v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 75–6010.  SIMONS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 75–6077.  MORGAN v. CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 75–6082.  STIGER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 75–6093.  LELAND v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–6099.  LEWIS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–6101.  McDOUGAL v. WEST VIRGINIA.  Sup. Ct. App. W. Va.  Certiorari denied.